B 6 Summary (Official Form 6 - Summary) (12/13)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

In re **Larry Roy Stauffer**

Case No.   **14-41568-dml-7**

Chapter   **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 6 | $21,340.66 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $26,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | $21,890,411.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $9,515.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | $8,651.00 |
| TOTAL | | 30 | $21,340.66 | $21,916,411.00 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

In re  **Larry Roy Stauffer**

Case No.   **14-41568-dml-7**

Chapter   **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| **TOTAL** | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re  **Larry Roy Stauffer**                                         Case No.   **14-41568-dml-7**
                                                                              (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| None | | | | |
| | | Total: | $0.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Larry Roy Stauffer**                                    Case No.  **14-41568-dml-7**
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash | C | $210.00 |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | First State Bank Athens, TX Checking Acct. No. xx3588 | C | ($105.34) |
| | | Gulfcoast Credit Union Acct. No. xx4396 | C | ($8,414.00) |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | (1) sofa $100; (2) recliners $100; (2) 42" TVs $200; (2) end tables and lamps $50; (1) coffee table $50; (1) dining room table with 4 chairs $350; (2) queen beds $600; (2) chests $200; (4) night stands $200 | C | $1,850.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books and pictures | C | $300.00 |
| 6. Wearing apparel. | | (10) slacks $50; (15) shirts $30; ties $200; (4) shoes $20; (2) jackets $50; (1) coat $20; (1) pair of boots $30 | H | $400.00 |
| 7. Furs and jewelry. | | (1) Watch $100; (1) Ring $100 | H | $200.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | Golf Clubs | H | $200.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Larry Roy Stauffer**                                    Case No.  **14-41568-dml-7**
                                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Cross Creek Village, LLC - 100% ownership interest held in Family Trust, not Larry Stauffer personally [possibly 50% - co-owners have said that they have surrendred their interests] | H | Unknown |
| | | HSW Residential, LLC - 30% ownership interest | H | Unknown |
| | | Biddy Land Co., Inc. - 100% ownership interest | H | Unknown |
| | | Berkeley Lake Business Park, LLC - 100% ownership interest held in Family Trust, not Larry Stauffer personally [possibly 50% - co-owners have said that they have surrendred their interests] | H | Unknown |
| | | Stauffer Interests LLC - 100% ownership interest | H | Unknown |
| | | Rio Mercado Group, LLC - 100% ownership interest | H | Unknown |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Larry Roy Stauffer**                                    Case No.   **14-41568-dml-7**
                                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Athens Interest, LLC - 100% ownership interest | H | Unknown |
| | | Bremen Crosstown LLC - 100% ownership interest | H | Unknown |
| | | Old Milton Business Park - 100% ownership interest held in Family Trust, not Larry Stauffer personally [possibly 50% - co-owners have said that they have surrendred their interests] | H | Unknown |
| | | ML Energy 535, LLC - 100% ownership interest | H | Unknown |
| | | East Point Industrial Properties, LLC - 50% ownership interest | H | Unknown |
| | | Athens Interest GA, LLC - 100% ownership interest | H | Unknown |
| | | (ALL ASSETS OWNED BY LLCs LISTED ABOVE DO NOT HAVE ANY EQUITY OR INCOME THAT EXCEEDS DEBT SERVICE)  Many of the LLCs have large judgments against them.  The Debtor does not believe that the ownership interests in the LLCs have significant value, if any. | | |
| | | *NOTE:  All of the ownership interests in the LLCs listed above are actually held in a family trust, not by the Debtor individually.  The Debtor's spouse is the trustee of the family trust.  The Debtor is not a beneficiary.  These interests are listed for informational purposes only. | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Larry Roy Stauffer**                              Case No.   **14-41568-dml-7**
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Counter claim against Bartow County Bank | H | Unknown |
| | | Counter claim against Hamilton State Bank | H | Unknown |
| | | Counter claim against Renasant Bank | H | Unknown |
| | | Counter claim against 2010-1 CRE Venture, LLC | H | Unknown |
| | | Counter claim against 2011-1 CRE Venture, LLC | H | Unknown |
| | | Counter claim against William and Linda Pastore | H | Unknown |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Larry Roy Stauffer**                                    Case No.   **14-41568-dml-7**
                                                                                      (if known)

## SCHEDULE B - PERSONAL PROPERTY

Continuation Sheet No. 4

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Pilot's license | H | Unknown |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2012 Suburban | H | $26,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | (1) Laptop | H | $100.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Larry Roy Stauffer**                                      Case No.   **14-41568-dml-7**
                                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 33. Farming equipment and implements. | | Disc | H | $200.00 |
| | | Shredder | H | $200.00 |
| | | Mower | H | $200.00 |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |
| | | | | |
| | | _____5_____ continuation sheets attached        Total > | | $21,340.66 |

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/13)

In re **Larry Roy Stauffer**                              Case No.   __14-41568-dml-7__
                                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:           ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $155,675.*

☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Cash | 11 U.S.C. § 522(d)(5) | $210.00 | $210.00 |
| First State Bank<br>Athens, TX<br>Checking Acct. No. xx3588 | 11 U.S.C. § 522(d)(5) | $0.00 | ($105.34) |
| Gulfcoast Credit Union<br>Acct. No. xx4396 | 11 U.S.C. § 522(d)(5) | $0.00 | ($8,414.00) |
| (1) sofa $100; (2) recliners $100; (2) 42" TVs $200; (2) end tables and lamps $50; (1) coffee table $50; (1) dining room table with 4 chairs $350; (2) queen beds $600; (2) chests $200; (4) night stands $200 | 11 U.S.C. § 522(d)(3) | $1,850.00 | $1,850.00 |
| Books and pictures | 11 U.S.C. § 522(d)(3) | $300.00 | $300.00 |
| (10) slacks $50; (15) shirts $30; ties $200; (4) shoes $20; (2) jackets $50; (1) coat $20; (1) pair of boots $30 | 11 U.S.C. § 522(d)(3) | $400.00 | $400.00 |
| (1) Watch $100; (1) Ring $100 | 11 U.S.C. § 522(d)(4) | $200.00 | $200.00 |
| Golf Clubs | 11 U.S.C. § 522(d)(5) | $200.00 | $200.00 |
| Cross Creek Village, LLC - 100% ownership interest held in Family Trust, not Larry Stauffer personally [possibly 50% - co-owners have said that they have surrendered their interests] | 11 U.S.C. § 522(d)(5) | Unknown | Unknown |
| * Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment. | | $3,160.00 | ($5,359.34) |

B6C (Official Form 6C) (4/13) -- Cont.

In re  **Larry Roy Stauffer**                                    Case No.   **14-41568-dml-7**
                                                                            (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| HSW Residential, LLC - 30% ownership interest | 11 U.S.C. § 522(d)(5) | Unknown | Unknown |
| Biddy Land Co., Inc. - 100% ownership interest | 11 U.S.C. § 522(d)(5) | Unknown | Unknown |
| Berkeley Lake Business Park, LLC - 100% ownership interest held in Family Trust, not Larry Stauffer personally [possibly 50% - co-owners have said that they have surrendred their interests] | 11 U.S.C. § 522(d)(5) | Unknown | Unknown |
| Stauffer Interests LLC - 100% ownership interest | 11 U.S.C. § 522(d)(5) | Unknown | Unknown |
| Rio Mercado Group, LLC - 100% ownership interest | 11 U.S.C. § 522(d)(5) | Unknown | Unknown |
| Athens Interest, LLC - 100% ownership interest | 11 U.S.C. § 522(d)(5) | Unknown | Unknown |
| Bremen Crosstown LLC - 100% ownership interest | 11 U.S.C. § 522(d)(5) | Unknown | Unknown |
| Old Milton Business Park - 100% ownership interest held in Family Trust, not Larry Stauffer personally [possibly 50% - co-owners have said that they have surrendred their interests] | 11 U.S.C. § 522(d)(5) | Unknown | Unknown |
| ML Energy 535, LLC - 100% ownership interest | 11 U.S.C. § 522(d)(5) | Unknown | Unknown |
| East Point Industrial Properties, LLC - 50% ownership interest | 11 U.S.C. § 522(d)(5) | Unknown | Unknown |
| Athens Interest GA, LLC - 100% ownership interest | 11 U.S.C. § 522(d)(5) | Unknown | Unknown |
| 2012 Suburban | 11 U.S.C. § 522(d)(2) | $3,675.00 | $26,000.00 |
| (1) Laptop | 11 U.S.C. § 522(d)(5) | $100.00 | $100.00 |
| | | **$6,935.00** | **$20,740.66** |

B6C (Official Form 6C) (4/13) -- Cont.

In re **Larry Roy Stauffer**                                           Case No. __14-41568-dml-7_____
                                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 2*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Disc | 11 U.S.C. § 522(d)(5) | $200.00 | $200.00 |
| Shredder | 11 U.S.C. § 522(d)(5) | $200.00 | $200.00 |
| Mower | 11 U.S.C. § 522(d)(5) | $200.00 | $200.00 |
| | | $7,535.00 | $21,340.66 |

B6D (Official Form 6D) (12/07)

In re **Larry Roy Stauffer**                                    Case No.   **14-41568-dml-7**
                                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Santander Consumer USA**<br>PO Box 961245<br>Fort Worth, TX 76161 | | H | DATE INCURRED:<br>NATURE OF LIEN:<br>**Trade Debt**<br>COLLATERAL:<br>**2012 Suburban**<br>REMARKS:<br><br>VALUE:                    $26,000.00 | | | | $26,000.00 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | Subtotal (Total of this Page) > | | | $26,000.00 | $0.00 |
| | | | | Total (Use only on last page) > | | | $26,000.00 | $0.00 |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

__**No**__ continuation sheets attached

B6E (Official Form 6E) (04/13)

In re  **Larry Roy Stauffer**                                    Case No.   **14-41568-dml-7**

                                                                              (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

### TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
   Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
   Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____continuation sheets attached

B6E (Official Form 6E) (04/13) - Cont.

In re **Larry Roy Stauffer**                                          Case No. **14-41568-dml-7**
                                                                              (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Comptroller of Public Accounts** <br> **Revenue Accounting Division** <br> **Bankruptcy Section** <br> **PO Box 13528** <br> **Austin, TX 78711** | | H | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| ACCT #: <br> **Internal Revenue Service** <br> **Centralized Insolvency Operations** <br> **PO Box 7346** <br> **Philadelphia, PA 19101-7346** | | H | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ___1___ of ___1___ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | Subtotals (Totals of this page) > | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|
| | Total > <br> (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $0.00 | | |
| | Totals > <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $0.00 | $0.00 |

B6F (Official Form 6F) (12/07)

In re **Larry Roy Stauffer**                                                                    Case No.   **14-41568-dml-7**
                                                                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**2010-1 RADC/CADC Property III, LLC**<br>**c/o Gary Marsh/David Gordon**<br>**McKenna, Long and Aldridge LLP**<br>**303 Peachtree St., Suite 5300**<br>**Atlanta, GA 30308** | X | H | DATE INCURRED:<br>CONSIDERATION:<br>**Lawsuit - Guaranty**<br>REMARKS: | | X | X | $800,000.00 |
| ACCT #:<br>**AAA Fire Safety/Majid Hemmasi**<br>**c/o John Stenson, Esq.**<br>**510 S. Congress**<br>**Austin, TX 78704** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Lawsuit**<br>REMARKS: | | X | X | $65,000.00 |
| ACCT #:<br>**Aaron Rents Inc.**<br>**309 E. Paces Ferry**<br>**Atlanta, GA 30303** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $10,000.00 |
| ACCT #:   **xx6-APS**<br>**AGA Professional Services**<br>**PO Box 935657**<br>**Atlanta, GA 31193** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | $1,767.00 |
| ACCT #:   **xx1180**<br>**Allied Collection & Credit Bureau Inc.**<br>**Childrens Healthcare of GA**<br>**PO Box 640**<br>**Hoschton, GA 30548** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | $947.00 |
| ACCT #:<br>**Bank of America**<br>**PO Box 982235**<br>**El Paso, TX 79998** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Credit Card** | | | | **Notice Only** |

|  |  |
|---|---|
| Subtotal > | $877,714.00 |
| Total > <br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the<br>Statistical Summary of Certain Liabilities and Related Data.) | |

___8___ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re **Larry Roy Stauffer**                                      Case No. **14-41568-dml-7**
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Bank of Canton<br>201 Maple<br>Carrollton, GA 30117** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Business Loan - Guaranty - Purchased by Community & Southern Bank** | | | | **Notice Only** |
| ACCT #:<br>**Bartow County Bank<br>120 E. Church St.<br>Cartersville, GA 30120** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Business Loan - Guaranty<br>Predecessor in interest to Hamilton State Bank** | | | | **Notice Only** |
| ACCT #:<br>**BMW Financial Services<br>PO Box 3608<br>Dublin, OH 43016** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Liability on Lease**<br>REMARKS:<br>**Charge for hail damage.** | | | | **$8,000.00** |
| ACCT #:<br>**Brosangs Landscaping I<br>15562 SH 110 S<br>Whitesboro, TX 75791** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Judgment**<br>REMARKS: | | | | **$12,000.00** |
| ACCT #:<br>**Capital One Bank USA NA<br>PO Box 30281<br>Salt Lake City, UT 84130** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$1,400.00** |
| ACCT #:  xx3256<br>**Center for Medicine, Endocrinology<br>& Diabetes<br>5667 Peachtree Dunwoody, Suite 150<br>Atlanta, GA 30342** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | **$1,839.00** |

Sheet no. __1__ of __8__ continuation sheets attached to                          Subtotal >          | $23,239.00 |
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                              Total >
                                              (Use only on last page of the completed Schedule F.)
                                              (Report also on Summary of Schedules and, if applicable, on the
                                              Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re **Larry Roy Stauffer**                                                    Case No. **14-41568-dml-7**
                                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Citizens National Bank**<br>PO Box 1009<br>Henderson, TX 75653 | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Loan**<br>REMARKS: | | | | $3,800.00 |
| ACCT #:<br>**Community & Southern Bank**<br>3333 Riverwood Pkwy.<br>Atlanta, GA 30339 | X | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Loan - Guaranty**<br>REMARKS: | | X | X | $7,000,000.00 |
| ACCT #:<br>**CRE Venture**<br>c/o John Lockett, III/Brian Levy<br>Morris, Manning & Martin, LLP<br>3343 Peachtree Road, NE, Suite 1600<br>Atlanta, GA 30326 | X | H | DATE INCURRED:<br>CONSIDERATION:<br>**Lawsuit**<br>REMARKS: | | X | X | $7,600,000.00 |
| ACCT #:<br>**Credit Collection Service**<br>PO Box 773<br>Needham, MA 02494 | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Diane Johnson & Associates**<br>9925 Haynes Bridge Rd.<br>Alpharetta, GA 30022 | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $36,000.00 |
| ACCT #:<br>**DOT**<br>c/o Wade C. Hoyt, III, Spec. Atty Gen<br>PO Box 5005<br>Rome, GA 30162 | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Lawsuit**<br>REMARKS:<br>**Condemnation of land owned by Biddy Land Co.** | | | | Unknown |

Sheet no. __2__ of __8__ continuation sheets attached to                                    Subtotal >   $14,639,800.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                              Total >
                                        (Use only on last page of the completed Schedule F.)
                                        (Report also on Summary of Schedules and, if applicable, on the
                                        Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Larry Roy Stauffer**                                    Case No.  **14-41568-dml-7**
                                                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Dr. Elizabeth Shaw**<br>**5670 Peachtree Dunwoody, Suite 1280**<br>**Atlanta, GA 30342** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | $1,900.00 |
| ACCT #:<br>**Edward Sloan & Associate**<br>**PO Box 788**<br>**Winnsboro, TX 75494** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $0.00 |
| ACCT #:  **xx4028**<br>**Emory St. Joseph Hospital**<br>**PO Box 116149**<br>**Atlanta, GA 30368** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | $246.00 |
| ACCT #:<br>**FNB**<br>**100 Cano**<br>**Edinburg, TX 78539** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Loan**<br>REMARKS: | | | | $19,000.00 |
| ACCT #:<br>**FNB - GA**<br>**201 Maple**<br>**Carrollton, GA 30017** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Business Loan - Guaranty - Purchased by**<br>**Community & Southern Bank** | | | | **Notice Only** |
| ACCT #:  **xx0795**<br>**Frost Arnett (Northside Radiology)**<br>**PO Box 198988**<br>**Nashville, TN 37219** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | $153.00 |

Sheet no. ___3___ of ___8___ continuation sheets attached to                                 Subtotal >        | $21,299.00 |
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Larry Roy Stauffer**                    Case No.   **14-41568-dml-7**
                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Gary Reaves** <br> **724 W Royall Blvd.** <br> **Malakoff, TX 75148** | | H | DATE INCURRED: <br> CONSIDERATION: <br> **Judgment** <br> REMARKS: | | | | $1,600.00 |
| ACCT #:  **xx2082** <br> **Gastroenterology Anesthesia Assoc.** <br> **PO Box 864826** <br> **Orlando, FL 32886** | | H | DATE INCURRED: <br> CONSIDERATION: <br> **Medical Bill** <br> REMARKS: | | | | $1,931.00 |
| ACCT #: <br> **Gibbs Landscaping** <br> **4055 Atlanta Rd.** <br> **Smyrna, GA 30080** | | H | DATE INCURRED: <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | $9,200.00 |
| ACCT #: <br> **Grapeland State Bank** <br> **100 Main** <br> **Grapeland, TX 75844** | | H | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: <br> **Loan - Guaranty** | | | | **Notice Only** |
| ACCT #: <br> **Hamilton State Bank** <br> **PO Box 249** <br> **Braselton, TX 30517** | X | H | DATE INCURRED: <br> CONSIDERATION: <br> **Business Loan/Judgment on Guaranty** <br> REMARKS: <br> **Successor to Bartow County Bank** | | | | $4,200,000.00 |
| **edNoticingPartiesDesignation** <br> **Hamilton State Bank** | | | **John P. Farrell** <br> **Lazega & Johanson LLC** <br> **3520 Piedmont Rd., NE, Suite 415** <br> **Atlanta, GA 30305** | | | | **Notice Only** |

Sheet no. ___4___ of ___8___ continuation sheets attached to          Subtotal >          $4,212,731.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Larry Roy Stauffer**  Case No. **14-41568-dml-7**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**ICS Capital**<br>**PO Box 1826**<br>**Colleyville, TX 76034** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Income Taxes**<br>REMARKS: | | | | $84,000.00 |
| ACCT #:  **xx6284**<br>**Laboratory Corp of America**<br>**PO Box 2240**<br>**Burlington, NC 27216** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | $607.00 |
| ACCT #:<br>**Majid Hemmasi**<br>**c/o G. Michael Lawrence**<br>**Lawrence & Stenson Law**<br>**510 South Congress, Suite 108**<br>**Austin, TX 78704** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>**Med1 Equine Sports Medicine**<br>**2291 I-20 Service Rd.**<br>**Weatherford, TX 76087** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Judgment**<br>REMARKS: | | | | $4,800.00 |
| ACCT #:<br>**MME Construction Group**<br>**5275 Triangle Parkway, Suite 150**<br>**Norcross, GA 30092** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Lawsuit**<br>REMARKS: | | | | Unknown |

Sheet no. **5** of **8** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$89,407.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Larry Roy Stauffer**                                          Case No.  **14-41568-dml-7**
                                                                           (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xx0400<br>**North Side Hospital**<br>PO Box 105346<br>Atlanta, GA 30348 | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | $29,934.00 |
| ACCT #:  xx6-AG2<br>**Northern Crescent Endoscopy Center**<br>PO Box 537012<br>Atlanta, GA 30353 | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | $1,900.00 |
| ACCT #:<br>**Oklahoma Dept. of Transporation**<br>c/o J. Schaad Titus<br>**Titus Hillis Reynolds, et al.**<br>**15 East Fifth St., Suite 3700**<br>Tulsa, OK 74103 | | H | DATE INCURRED:<br>CONSIDERATION:<br>-<br>REMARKS: | | | | Unknown |
| ACCT #:<br>**Powell Ebert Smoklk CPA**<br>510 Congress, 20th Floor<br>Austin, TX 78701 | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $7,000.00 |
| ACCT #:<br>**RCB Bank**<br>300 W. Patti Page Blvd.<br>Claremore, OK 74017 | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>**Renasant Bank**<br>c/o Ronald Stay and Ron Bingham, II<br>**Stites & Harbison, PLLC**<br>303 Peachtree St., NE, Suite 2800<br>Atlanta, GA 30308 | X | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Loan - Guaranty**<br>REMARKS: | | X | X | $780,000.00 |

Sheet no. ___6___ of ___8___ continuation sheets attached to                    Subtotal >    $818,834.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                            Total >
                                         (Use only on last page of the completed Schedule F.)
                                 (Report also on Summary of Schedules and, if applicable, on the
                                   Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Larry Roy Stauffer**                                  Case No.  __14-41568-dml-7__
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Robert Walker**<br>c/o George Blaine Slade<br>**Barton Oaks Plaza 1**<br>**91 S. MoPac Expy., Suite 220**<br>**Austin, TX 78746** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Judgment**<br>REMARKS: | | | | $250,000.00 |
| ACCT #:<br>**Satinderijit Avaria**<br>**414 E. Tyler St.**<br>**Athens, TX 75751** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Judgment**<br>REMARKS: | X | | X | $2,800.00 |
| ACCT #:<br>**Sergio Ramirez**<br>c/o Joseph Felker, Esq.<br>**2776 Ashburn Lane NE**<br>**Atlanta, GA 30341** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $11,000.00 |
| ACCT #:  xx3424<br>**Sivley Health Center Cardiology**<br>**PO Box 116617**<br>**Atlanta, GA 30368** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | $717.00 |
| ACCT #:  xx8498<br>**St. Joseph Hospital**<br>**PO Box 116149**<br>**Atlanta, GA 30368** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | $2,570.00 |
| ACCT #:<br>**State Bank & Trust Co.**<br>c/o Andrew Stevens/Jackson Oliver<br>**Stevens & Stevens, LLC**<br>**6065 Roswell Rd., Suite 880**<br>**Atlanta, GA 30328** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Lawsuit**<br>REMARKS: | | | | Unknown |

Sheet no. __7__ of __8__ continuation sheets attached to                                  Subtotal >        $267,087.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                    Total >
                                          (Use only on last page of the completed Schedule F.)
                                          (Report also on Summary of Schedules and, if applicable, on the
                                          Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Larry Roy Stauffer**                                    Case No.  **14-41568-dml-7**
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**State Bank & Trust Company**<br>**Buckhead**<br>**415 E. Paces Ferry Rd.**<br>**Atlanta, GA 30305** | X | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Loan - Guaranty**<br>REMARKS: | | X | X | $150,000.00 |
| ACCT #:<br>**Strategic Design Solutions LLC**<br>**8740 Roswell Rd. 2-E**<br>**Atlanta, GA 30350** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $8,500.00 |
| ACCT #:<br>**Tommy Coleman**<br>**2557 FM 2495**<br>**Athens, TX 75751** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Judgment**<br>REMARKS: | | | | $4,000.00 |
| ACCT #:<br>**Verizon Wireless - South**<br>**National Recovery**<br>**PO Box 26055**<br>**Minneapolis, MN 55426** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $2,800.00 |
| ACCT #:<br>**William and Linda Pastore**<br>**c/o Steven Thornton**<br>**Westerburg & Thornton PC**<br>**6060 N. Central Expy., Suite 690**<br>**Dallas, TX 75206** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Judgment**<br>REMARKS: | | | | $775,000.00 |
| ACCT #:<br>**Zack & Jack House Services, Inc.**<br>**1425 Victoria St.**<br>**Douglasville, GA 30134** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Lawsuit**<br>REMARKS: | | | | Unknown |

Sheet no. __8__ of __8__ continuation sheets attached to                                 Subtotal >     $940,300.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                          Total >    $21,890,411.00
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re **Larry Roy Stauffer**

Case No. **14-41568-dml-7**

(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)
In re **Larry Roy Stauffer**                                           Case No. **14-41568-dml-7**
                                                                        (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Stauffer, Sarah, Spouse** | |
| **Berkeley Lake Business Park, LLC**<br>PO Box 2702<br>Athens, TX 75751 | **Community & Southern Bank**<br>3333 Riverwood Pkwy.<br>Atlanta, GA 30339 |
| **Berkeley Lake Business Park, LLC**<br>PO Box 2702<br>Athens, TX 75751 | **State Bank & Trust Company**<br>Buckhead<br>415 E. Paces Ferry Rd.<br>Atlanta, GA 30305 |
| **Biddy Land Company**<br>PO Box 2702<br>Athens, TX 75751 | **CRE Venture**<br>c/o John Lockett, III/Brian Levy<br>Morris, Manning & Martin, LLP<br>3343 Peachtree Road, NE, Suite 1600<br>Atlanta, GA 30326 |
| **Bremen Crosstown Village, LLC**<br>PO Box 2702<br>Athens, TX 75751 | **2010-1 RADC/CADC Property III, LLC**<br>c/o Gary Marsh/David Gordon<br>McKenna, Long and Aldridge LLP<br>303 Peachtree St., Suite 5300<br>Atlanta, GA 30308 |
| **Bremen Crosstown Village, LLC**<br>PO Box 2702<br>Athens, TX 75751 | **CRE Venture**<br>c/o John Lockett, III/Brian Levy<br>Morris, Manning & Martin, LLP<br>3343 Peachtree Road, NE, Suite 1600<br>Atlanta, GA 30326 |
| **Cross Creek Village, LLC**<br>PO Box 2702<br>Athens, TX 75751 | **Renasant Bank**<br>c/o Ronald Stay and Ron Bingham, II<br>Stites & Harbison, PLLC<br>303 Peachtree St., NE, Suite 2800<br>Atlanta, GA 30308 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **Larry Roy Stauffer**                                     Case No.   **14-41568-dml-7**
                                                                                   (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 1*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Cross Creek Village, LLC**<br>PO Box 2702<br>Athens, TX 75751 | **CRE Venture**<br>c/o John Lockett, III/Brian Levy<br>Morris, Manning & Martin, LLP<br>3343 Peachtree Road, NE, Suite 1600<br>Atlanta, GA 30326 |
| **East Point Industrial Properties, LLC**<br>PO Box 2702<br>Athens, TX 75751 | **Hamilton State Bank**<br>PO Box 249<br>Braselton, TX 30517 |
| **HSW Residential, LLC**<br>PO Box 2702<br>Athens, TX 75751 | **Community & Southern Bank**<br>3333 Riverwood Pkwy.<br>Atlanta, GA 30339 |
| **HSW Residential, LLC**<br>PO Box 2702<br>Athens, TX 75751 | **CRE Venture**<br>c/o John Lockett, III/Brian Levy<br>Morris, Manning & Martin, LLP<br>3343 Peachtree Road, NE, Suite 1600<br>Atlanta, GA 30326 |
| **Stauffer Interests, LLC**<br>PO Box 2702<br>Athens, TX 75751 | **Hamilton State Bank**<br>PO Box 249<br>Braselton, TX 30517 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| | | | |
|---|---|---|---|
| Debtor 1 | **Larry** | **Roy** | **Stauffer** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **14-41568-dml-7** | | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

MM / DD / YYYY

Official Form B 6I

## Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**
   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|
| Employment status | ☒ Employed ☐ Not employed | ☐ Employed ☒ Not employed |
| Occupation | **Self Employed** | |
| Employer's name | | |
| Employer's address | | |
| | Number  Street | Number  Street |
| | | |
| | | |
| | City       State   Zip Code | City       State   Zip Code |
| How long employed there? | | |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $0.00 | $0.00 |
| 3. | Estimate and list monthly overtime pay. | 3. + | $0.00 | $0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $0.00 | $0.00 |

Debtor 1  **Larry**            **Roy**
           First Name        Middle Name        Last Name

Case number (if known)  **14-41568-dml-7**

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here ............................................. → | 4. | $0.00 | $0.00 |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $0.00 | $0.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $0.00 | $0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $0.00 | $0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $0.00 | $0.00 |
| 5e. | Insurance | 5e. | $0.00 | $0.00 |
| 5f. | Domestic support obligations | 5f. | $0.00 | $0.00 |
| 5g. | Union dues | 5g. | $0.00 | $0.00 |
| 5h. | Other deductions.<br>Specify: | 5h.+ | $0.00 | $0.00 |

| 6. | **Add the payroll deductions.**  Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $0.00 | $0.00 |
|---|---|---|---|---|
| 7. | **Calculate total monthly take-home pay.**  Subtract line 6 from line 4. | 7. | $0.00 | $0.00 |

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | Net income from rental property and from operating a business, profession, or farm<br><br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $0.00 | $0.00 |
| 8b. | Interest and dividends | 8b. | $0.00 | $0.00 |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive<br><br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $0.00 | $0.00 |
| 8d. | Unemployment compensation | 8d. | $0.00 | $0.00 |
| 8e. | Social Security | 8e. | $1,260.00 | $805.00 |
| 8f. | Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: | 8f. | $0.00 | $0.00 |
| 8g. | Pension or retirement income | 8g. | $0.00 | $0.00 |
| 8h. | Other monthly income.<br>Specify: __Consulting Income // Spouse's inheritance__ | 8h.+ | $6,250.00 | $1,200.00 |

| 9. | **Add all other income.**  Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $7,510.00 | $2,005.00 |
|---|---|---|---|---|

10. **Calculate monthly income.**  Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

10.  $7,510.00  +  $2,005.00  =  $9,515.00

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____  11. + $0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.  Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies.

12.  $9,515.00
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.
☐ Yes. Explain:  **None**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Larry**  **Roy**  **Stauffer** |
| | First Name  Middle Name  Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **14-41568-dml-7** |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J

## Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

   　　☐ No

   　　☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**  ☐ No

   Do not list Debtor 1 and Debtor 2.  ☑ Yes. Fill out this information for each dependent.........

   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| spouse | 63 | ☐ No  ☑ Yes |
| granddaughter | 4 | ☐ No  ☑ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No

   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form B 6I.)

| | | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $2,000.00 |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. | |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $150.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $350.00 |
| 4d. Homeowner's association or condominium dues | 4d. | |

Debtor 1  **Larry**          **Roy**          **Slusser**
    First Name      Middle Name     Last Name     Case number (if known)  **14-41568-dml-7**

**Your expenses**

| | | | |
|---|---|---|---|
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. | |
| 6. | Utilities: | | |
| | 6a.  Electricity, heat, natural gas | 6a. | $550.00 |
| | 6b.  Water, sewer, garbage collection | 6b. | $100.00 |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | $370.00 |
| | 6d.  Other.  Specify: | 6d. | |
| 7. | Food and housekeeping supplies | 7. | $720.00 |
| 8. | Childcare and children's education costs | 8. | $1,000.00 |
| 9. | Clothing, laundry, and dry cleaning | 9. | $380.00 |
| 10. | Personal care products and services | 10. | $150.00 |
| 11. | Medical and dental expenses | 11. | $300.00 |
| 12. | Transportation.  Include gas, maintenance, bus or train fare.  Do not include car payments. | 12. | $650.00 |
| 13. | Entertainment, clubs, recreation, newspapers, magazines, and books | 13. | $150.00 |
| 14. | Charitable contributions and religious donations | 14. | $300.00 |
| 15. | Insurance.  Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.  Life insurance | 15a. | $714.00 |
| | 15b.  Health insurance | 15b. | |
| | 15c.  Vehicle insurance | 15c. | $180.00 |
| | 15d.  Other insurance.  Specify: | 15d. | |
| 16. | Taxes.  Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | |
| 17. | Installment or lease payments: | | |
| | 17a.  Car payments for Vehicle 1 | 17a. | $587.00 |
| | 17b.  Car payments for Vehicle 2 | 17b. | |
| | 17c.  Other.  Specify: | 17c. | |
| | 17d.  Other.  Specify: | 17d. | |
| 18. | Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form B 6I). | 18. | |
| 19. | Other payments you make to support others who do not live with you. Specify: | 19. | |
| 20. | Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income. | | |
| | 20a.  Mortgages on other property | 20a. | |
| | 20b.  Real estate taxes | 20b. | |
| | 20c.  Property, homeowner's, or renter's insurance | 20c. | |
| | 20d.  Maintenance, repair, and upkeep expenses | 20d. | |
| | 20e.  Homeowner's association or condominium dues | 20e. | |
| 21. | Other.  Specify: | 21. | + |

Debtor 1   **Larry**          **Roy**                              Case number (if known)   **14-41568-dml-7**
   First Name    Middle Name          Last Name

---

**22.** **Your monthly expenses.**   Add lines 4 through 21.                                    22.    _____ **$8,651.00**
    The result is your monthly expenses.

**23.** **Calculate your monthly net income.**

    23a.   Copy line 12 (your combined monthly income) from Schedule I.        23a.   _____ **$9,515.00**

    23b.   Copy your monthly expenses from line 22 above.                     23b.  − _____ **$8,651.00**

    23c.   Subtract your monthly expenses from your monthly income.
           The result is your monthly net income.                             23c.   _____ **$864.00**

**24.** **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage
    payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.   Explain here:
               **None**

B6 Declaration (Official Form 6 - Declaration) (12/07)
In re **Larry Roy Stauffer**

Case No.   **14-41568-dml-7**
(if known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ 32 _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **5/23/2014** _____

Signature _____
**Larry Roy Stauffer**

Date _____

Signature _____

[If joint case, both spouses must sign.]

_____
*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*